UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CATAPULT LEARNING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV935-DJS |
| | ) |
| BOARD OF EDUCATION OF THE | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the Court file, the undersigned has determined that there are circumstances present in this case which might possibly give rise to the need for recusal pursuant to 28 USC § 455. Accordingly,

**IT IS HEREBY ORDERED** that Judge Donald J. Stohr recuses himself from this action.

**IT IS FURTHER ORDERED** that this case be reassigned to the Honorable ___**Stephen N. Limbaugh**___, and all future pleadings shall bear No. 4:07CV935-___**SNL**___.

_____
UNITED STATES DISTRICT JUDGE

**Dated:** _7-10-07_